Appellate Division, Fourth Department. May 28, 1907.) Action by the village of Wellsville against Robert W. Henson.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., not sitting.

VIOLETT et al. v. HORBACH. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Atwood Violett and others against Paul W. Horbach. No opinion. Motion denied, with $10 costs. Order filed.

VOGT, Appellant, v. VOGT et al., Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Augusta M. Vogt against William Vogt and others. No opinion. Motion for reargument denied, with costs.

VOLLWEILER, Respondent, v. BICKFORD, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Henry Vollweiler against P. Davis Bickford. No opinion. Judgment of the Municipal Court affirmed, with costs.

VOLLWEILER, Respondent, v. LAMB, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Henry Vollweiler against Albert J. Lamb. No opinion. Judgment of the Municipal Court affirmed, with costs.

VON DWINGLO, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Anna Von Dwinglo against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

VON DWINGLO, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Louis Von Dwinglo against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

WAGNER, Respondent, v. DOTTERWICH BREWING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Wenzel Wagner against the Dotterwich Brewing Company.

PER CURIAM. Judgment and order affirmed, with costs to the respondent.

McLENNAN, P. J., dissents on the ground that the resolution was not a sufficient memorandum to take the case out of the statute of frauds.

WALDRON, Appellant, v. CHAPMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by William H. Waldron against Charles H. Chapman and another. No opinion. Motion to dismiss appeal granted, with costs, unless appellant perfect the appeal within 10 days, pay the respondents $10, and place the case at the foot of the June calendar. On compliance, motion denied, without costs.

WALKER, Respondent, v. KEAR, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Theresa Walker against Harry Boyd Kear. No opinion. Motion denied, with costs, and stay vacated.

WALSH, Respondent, v. CARTER-CRUME CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by John J. Walsh against the Carter-Crume Company, Limited. No opinion. Motion denied, without costs.

WARD, Respondent, v. BRAWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Edward J. Ward against William H. Brawley. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

WARE BROS. CO., Appellant, v. CORTLAND CART & CARRIAGE CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by the Ware Bros. Company against the Cortland Cart & Carriage Company. No opinion. Order affirmed, with $10 costs and disbursements.

WARSHAW, Respondent, v. MANSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Isaac Warshaw against Morris Manson and others. No opinion. Interlocutory judgment affirmed, with costs.

WASHBURN et al., Appellants, v. CARLILE, Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Cyrus V. Washburn and another against Baltie M. Carlile. No opinion. Judgment of the Municipal Court affirmed, with costs.

WEBER, Respondent, v. WEIR, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Amanda Weber against Levi C. Weir. No opinion. Judgment affirmed, with costs.

WEED et al. v. FIRST NAT. BANK OF SARATOGA SPRINGS et al. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by William R. Weed and another against the First National Bank of Saratoga Springs and others. No opinion. Order appealed from remitted to Justice Van Kirk, to specify in particular what papers were used upon the motion upon which the order was entered, and, when so specified, the appeal papers to be corrected accordingly. See 101 N. Y. Supp. 1045.